FILED
2010 Feb-08  AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **WILLIAM ABERNATHY WISE**, ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | CV-09-BE-0305-M |
| ] | |
| **EQUIFAX INFORMATION SERVICES, LLC,** ] | |
| ] | |
| **Defendant.** ] | |

### ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before **April 8, 2010** that final settlement documentation could not be completed.

DONE and ORDERED this 8th day of February 2010.



_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE